

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00849-CV

Craig Erich **HEILMANN**,
Appellant

v.

Deanna Rae **HEILMANN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-02542
Honorable Laura Salinas, Judge Presiding[1]

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the appellant's motion for rehearing is DENIED, and our August 5, 2020 opinion and judgment are withdrawn. The trial court's August 30, 2018 final order and its October 19, 2018 amended order for turnover relief are AFFIRMED. The costs of this appeal are taxed against the appellant.

SIGNED October 28, 2020.

_____
Irene Rios, Justice

---

[1]The Honorable Laura Salinas signed the final order, and the Honorable John Gabriel signed both the turnover order and the amended order for turnover relief.